IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00953-WYD-CBS

MICHELLE FLESHER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss without Prejudice filed July 3, 2008. The Court, having reviewed the Stipulated Motion and being fully advised in the premises,

ORDERS that the Stipulated Motion to Dismiss Without Prejudice is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

    Dated: July 3, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge